District Judge David G. Estudillo
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN CARLOS FLORES MEJIA,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:22-cv-00740-MLP<br><br>JOINT STIPULATION AND ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR:<br>August 5, 2022 |

　　　　The parties, by and through their respective counsel, hereby jointly stipulate and agree as follows:

　　　　WHEREAS on May 31, 2022, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

　　　　WHEREAS on July 7, 2022, Respondents filed a Motion to Dismiss. Dkt. No. 8.

　　　　WHEREAS on August 5, 2022, Petitioner was released from custody on an order of supervision. Dkt. No. 13, Supp. Bohl Decl., ¶ 2, Ex. F.

　　　　WHEREAS the parties agree that Petitioner's release rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

　　　　WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
2:21-cv-00740-DGE-MLP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

WHEREAS the parties agree that the pending Motion to Dismiss should be denied as moot.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.
2. Respondent's Motion to Dismiss is denied as moot.

SO STIPULATED.

DATED this 5th day of August 5, 2022.

NICHOLAS W. BROWN
United States Attorney


*s/ Nickolas Bohl*
NICKOLAS BOHL WSBA #48978
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail:  nickolas.bohl@usdoj.gov

Attorneys for Respondents

*s/ Gregory Murphy*
GREGORY MURPHY, WSBA # 36733
Assistant Federal Public Defender
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
Telephone: (206) 553-1100
Email:  Gregory_Murphy@fd.org

Attorney for Petitioner

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
2:21-cv-00740-DGE-MLP - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of August, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
2:21-cv-00740-DGE-MLP - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970